# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ○ YES ● NO

**DOCKET NUMBER:** 3:23-cr 61-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : | US vs Julian Jared Gill |
| **COUNTY OF OFFENSE** : | Mecklenburg |
| **RELATED CASE INFORMATION** : | 3:22-cr-210 |
| Magistrate Judge Case Number : | |
| Search Warrant Case Number : | |
| Miscellaneous Case Number : | |
| Rule 20b : | |
| **SERVICE OF PROCESS** : | Arrest Warrant |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ○ Petty  ○ Misdemeanor  ● Felony

18 U.S.C. § 111(a)

**JUVENILE:** ○ Yes  ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | David Kelly |
| **VICTIM/WITNESS COORDINATORS:** | Rutledge, Shirley |
| **INTERPRETER NEEDED** : | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | Please assign to Judge Whitney, as he is the assigned judge in the pending matter 3:22cr210 |

(Maintain form in the Attorney Work Product folder / purge before archiving)